# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

## NORTHERN DIVISION

### CIVIL RIGHTS COMPLAINT FORM

TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS

UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Ronald David Jones.

(Plaintiff)

Vs.

Liberty University

(Defendant)

CASE NO. TBA

4:16 cv 111 MW-CAS

**I. PLAINTIFF:**

Ronald David Jones
1821 McKelvy Street
Quincy, Florida 32351

**II. DEFENDANTS:**

1. Liberty University
   1971 University Blvd.
   Lynchburg, VA 24502

## III. Statement of Facts:

1. Liberty University discriminated against Plaintiff because of his race (Black). Liberty University enrolled Plaintiff in 18 hours of coursework in the first semester of classes. This was three times the 6 hour requirement. One of the classes required Plaintiff to report to class in Lynchburg. Liberty University stated that this was a mistake but they did nothing to correct it. These were online classes for a Master's Degree in Educational Leadership and Plaintiff was working full time. Plaintiff received back grades because of being placed in an impossible position.

2. Plaintiff had to change majors and was not allowed to state my beliefs. Liberty University did this because Plaintiff is Black and worship and serve the Godhead as Black. Plaintiff got every right to worship the Almighty God as Black because he is Black! That is what Plaintiff believes and that is what Plaintiff preaches. Yahh<strong 3050> God Yehovah<strong 3068> Ishi<strong 376> The Black One and The Only One, The Father. Yahshua/Yeshua<strong 3091/3443> Ben Yahh God Yehovah Ishi Kristos<strong 5546> The Black One and The Only One, The Son. Holy<strong 6940> Ghost<strong 4151> Paraclete The Black One and The Only One, The Spirit<strong 4151>. Satan<strong 7854/4567> Lucifer<strong 1966> The White One and The Only One, The Anti-Father. Anti-Kristos<strong 500> The Beast<strong 2342>The White One and The Only One, The Anti-Son. The False Prophet<strong 5578> The White One and The Only One The Anti-Spirit. That is what Plaintiff believes and that is what Plaintiff preaches and no one is going to stop Plaintiff from using the right to do so, No matter what.

## IV. STATEMENT OF CLAIMS:

1. 1st Amendment Religious and Political Freedom...Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

2. 14th Amendment Civil Rights in the States...All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

3. Violation of Civil Rights

4. Violation of Due Process

5. Discrimination

**V. RELIEF REQUESTED:**

1. Unspecified monetary damages for pain and suffering

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

2-16-16
(Date)

Ronald David Jones
(Signature of Plaintiff)

Ronald Jones
1821 McKelvy St.
Quincy, FL 32351



TALLAHASSEE FL
16 FEB 2016 PM

United States District Court
Northern District of Florida
Office of the Clerk
111 North Adams Street, Suite 322
Tallahassee, FL 32301-7730